650 A.2d 406

**VENTURE DEVELOPMENT GROUP, INC., et al.**

v.

**PREFERRED SECURITY COMPONENTS OF PENNSYLVANIA, et al.**

**Petition of PREFERRED SECURITY COMPONENTS OF PENNSYLVANIA.**

Supreme Court of Pennsylvania.

Oct. 21, 1994.

*ORDER*

PER CURIAM:

AND NOW, this 21st day of October, 1994, the Petition for Allowance of Appeal is granted, the order of the Superior Court entered January 6, 1994 affirming the dismissal of Petitioner's post-trial motions by the Court of Common Pleas of Lancaster County is reversed, *see DeAngelis v. Newman*, 501 Pa. 144, 460 A.2d 730 (1983) and *Brogan, Inc. v. Holmes Electric Protective Co. of Philadelphia*, 501 Pa. 234, 460 A.2d 1093 (1983), and the case is remanded to the Court of Common Pleas of Lancaster County for consideration of Petitioner's post-trial motions.

MONTEMURO, J., is sitting by designation.